**2003–0840. Frisch v. CNA Commercial Ins. Co.**

Seneca App. Nos. 13–02–36 and 13–02–40, 2003-Ohio-1574. Discretionary appeal allowed, cause consolidated with 2003–0981, *Frisch v. CNA Commercial Ins. Co.,* Seneca App. Nos. 13–02–36 and 13–02–40, 2003-Ohio-1574, causes held for the decision in 2002–0579, *Burkhart v. CNA Ins. Co.,* Stark

App. No. 2001CA00265, 2002-Ohio-903, and briefing schedule stayed.

MOYER, C.J., and LUNDBERG STRATTON, J., concur.

PFEIFER, J., concurs but would also hold for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502.

F.E. SWEENEY, J., concurs but would not hold for the decision in *Burkhart.*

O'DONNELL, J., concurs in part, would allow on Proposition of Law No. I and hold for *Burkhart,* and would allow on Proposition of Law No. III and hold for *Galatis.*

O'CONNOR, J., concurs in part and would allow on Proposition of Law No. I only and hold for *Burkhart.*

RESNICK, J., dissents.